### (March 25, 1940.)

In the Matter of the Application of Michael J. Buckley, Appellant, for the Determination of the Court as to the Nomination of Bert Koehler, Also Known as Herbert A. Koehler, for the Office of County Committeeman of the 53rd Election District, 3rd Assembly District, County of Queens, as Contained in the Petition Known as the Petition for the County Committee of the 53rd Election District, 3rd Assembly District, Democratic Party, Queens County, New York; Bert Koehler, etc., Respondent.— The Special Term found that the respondent had established a residence in good faith at 73-13 37th Road, Jackson Heights, Queens county, in the Fifty-third Election District; and the order is, therefore, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Adel and Close, JJ., concur; Taylor, J., dissents and votes to reverse on the law and to grant the application.

In the Matter of the Application of Samuel H. Feinson, Appellant, for an Order to Enjoin the Board of Elections from Giving a Preference to James B. Allen and to Compel the Board of Elections to Determine by Lot the Order in Which the Names of All Candidates for the Democratic State Committee (Male) in the 11th Assembly District, Kings County, Shall Appear on the Primary Ballot. The Board of Elections of the City of New York, Respondent.— Order affirmed, without costs. (*Matter of Mitchell* v. *Board of Elections of City of N. Y.*, N. Y. L. J. March 19, 1936, p. 1409; affd., 247 App. Div. 807.) Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.